UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.: 3:06cr-93-R

UNITED STATES OF AMERICA,                                                                                    PLAINTIFF

v.

DANIEL L. COBBLE,                                                                                                     DEFENDANT

**OPINION & ORDER**

This matter comes before the Court on Defendant Daniel L. Cobble's ("Cobble") Motion to Dismiss (Docket #111). The Plaintiff, the United States of America ("Government") has responded to this motion (Docket #117), and the Defendant has replied to that response (Docket #123). This matter is now ripe for adjudication. For the following reasons, the Defendant's motion is **DENIED**.

**DISCUSSION**

The Defendant contends that this matter should be dismissed because of violations of his Fourth and Fifth Amendment rights. Cobble alleges that on September 16, 2006, while assigned at the Fort Worth, Texas Federal Correction Institution, correctional officers confiscated his personal and legal papers without his permission and did not return those papers to him. Cobble assumes that these papers have been destroyed. Cobble claims that his privacy rights under the Fourth Amendment and his due process rights under the Fifth Amendment have been violated by the Government, and therefore, warrant a dismissal of the case.

In its response, the Government asserts that on September 27, 2006, the Defendant executed an Inmate Personal Property Record , in which Cobble certified that the accuracy of the inventory, and the Defendant failed to follow the directions on the form for making note of any missing or damage property. As such, the Government contends that Cobble's claim is without

merit.

At this juncture, the Court cannot determine the validity of the Plaintiff's claims. However, even assuming that the claims do have merit, the Court sees no reason why that would warrant dismissal of this matter. Any such claims resulting from an infringement upon the Fifth Amendment constitutional rights of the Defendant as alleged in his motion could perhaps qualify as a civil complaint, however, they would not amount to a reason for dismissal in a criminal matter.

## CONCLUSION

**IT IS SO ORDERED:**

For the foregoing reasons, the Defendant's Motion to Dismiss is **DENIED**.