UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.: 3:06cr-93-R

UNITED STATES OF AMERICA,                                        PLAINTIFF

v.

DANIEL L. COBBLE,                                                DEFENDANT

## OPINION & ORDER

This matter comes before the Court on Defendant Daniel L. Cobble's ("Cobble") Motion to Dismiss (Docket #101). The Plaintiff, the United States of America ("Government") has responded to this motion (Docket #114). This matter is now ripe for adjudication. For the following reasons, the Defendant's motion is **DENIED**.

## DISCUSSION

The Defendant contends that this matter should be dismissed because of violations of his Fourth and Fifth Amendment rights. Cobble alleges that on August 17, 2006, while incarcerated at Grayson County Detention Center, correctional officers confiscated his legal papers without his permission and did not return those papers to him. Cobble assumes that these papers have been destroyed. In particular, Cobble alleges notes on legal strategy for "vore dior" and opening and closing statements to jury were taken away, and therefore, this particular legal strategy has been "compromised" by the unlawful actions of correctional officers. Cobble claims that his privacy rights under the Fourth Amendment and his due process rights under the Fifth Amendment have been violated by the Government, and therefore, warrant a dismissal of the case.

In its response, the Government notes that the Defendant's allegation are unsubstantiated, and that any entry into Cobble's cell was conducted pursuant to the regulations and was

constitutional, and therefore, did not violate the Defendant's rights. *See Block v. Rutherford*, 468 U.S. 576 (1984). As such, the Government contends that Cobble's claim is without merit.

At this juncture, the Court cannot determine the validity of the Plaintiff's claims. However, even assuming that the claims do have merit, the Court sees no reason why that would warrant dismissal of this matter. Any such claims resulting from an infringement upon the Fifth Amendment constitutional rights of the Defendant as alleged in his motion could perhaps qualify as a civil complaint, however, they would not amount to a reason for dismissal in a criminal matter.

## CONCLUSION

**IT IS SO ORDERED:**

For the foregoing reasons, the Defendant's Motion to Dismiss is **DENIED**.